BEFORE THE SECOND DIVISION, APRIL 4, 1961

**No. 65392.**—D. P. Harris Hdw. & Mfg. Co., Inc. *v.* United States, protest 287122–K (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.